**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(CIVIL DIVISION)**

Constance Taminang BIH )
6833 Riverdale Road )
Riverdale, MD 20737 )
Plaintiff )
)
v. ) Civil Action No.:
)
UNITED STATES OF AMERICA )
SERVE ON: )
Designated, United States Attorney )
District of Columbia )
555 4th Street, NW )
Washington, DC 20530 )
)
Jeff Sessions, Esq. )
US Attorney General )
US Department of Justice )
10th & Penn Ave., NW )
Washington, DC 20530 )
)
David J. Shulkin )
Secretary )
US Department of Veterans Affairs )
810 Vermont Avenue, NW )
Washington, DC 20420 )
)
Defendant )

---

**COMPLAINT**
**(Negligence and Personal Injury)**

The Plaintiff, Constance Taminang BIH by and through her attorney, Idotenyin Hope E. Umana, Esq., and HUMANA LAW FIRM, PLLC., brings this cause of action against the Defendant, United States of America for injuries resulting from the negligent operation of a motor vehicle.

1. The Plaintiff Constance Taminang BIH is an adult citizen of the State of

Maryland residing at 6833 Riverdale Road, Riverdale, MD 20737.

2. Upon information and belief, defendant, the United States of America is a proper party under the provisions of 28 U.S.C § 2679, as the hit and run vehicle involved in this accident belonged to the Department of Veterans Affairs, and was apparently driven by its staff and employee, while acting within the scope of his authority and employment.

3. Upon information and belief, defendant, the United States of America has consented to being a party to this proceeding and to being liable for any damages that arose out of the United States Department of Veterans Affairs employee operating that department's vehicle's negligent acts under the Federal Tort Claims Act as codified at 28 U.S.C § 1346(b)(1) and 28 U.S.C § 2671, et seq.

4. Prior to the filing of this lawsuit, a claim was timely and properly presented to the United States Department of Veterans Affairs in accordance with 28 U.S.C § 2675(a), and the plaintiff is dissatisfied with the agency's denial of the administrative tort claim and seeks judicial relief pursuant to 28 U.S.C § 2401(b).

5. Jurisdiction is proper in the United States District Court, District of Columbia under U.S.C § 1346(b)(1) which grants exclusive jurisdiction of civil actions arising out of any injuries caused by the negligent acts of government employees in Washington, DC to the United States District Courts.

6. Venue is proper in the United States District Court, District of Columbia under U.S.C § 1402(b) because the locus of the automobile accident, as

hereinafter alleged.

7. On or about August 9, 2016 the plaintiff Constance Taminang BIH was operating an automobile southbound in the 5900 block of Georgia Avenue, NW, Washington, D.C. She was driving in that portion of the road when a vehicle belonging to the United States Department of Veterans Affairs and apparently driven by one of its staff suddenly and without caution came into the lane of travel occupied by the plaintiff and collided with the plaintiff's vehicle. The department's vehicle then drove off at a high rate of speed without stopping.

8. The defendant's vehicle was recklessly and negligently operated in the 5900 block of Georgia Avenue, NW, Washington, D.C. It collided violently with the plaintiff's vehicle and caused the plaintiff bodily injuries and property damage.

9. Defendant's vehicle was operated in a negligent and careless manner, and driven in a reckless manner, failed to keep a safe distance from traffic traveling in next lane, changed lane without proper look out, failed to remain in its travel lane, crossed lanes into on-going traffic lane without proper look out, failed to pay full time and attention while driving, was speeding, failed to not hit another vehicle and run after the hit, and in violation of the laws then and there in full force and effect in the District of Columbia.

10. Defendant owed the plaintiff a duty to drive with due care and to not drive recklessly, to pay full time and attention to driving, to avoid the traffic traveling in the next lane, to remain in its travel lane, to not cross into on-going traffic lane without proper look out, and to not drive exceedingly over the speed limit,

to not hit and run.

11. Defendant, United States of America breached these duties by operating its vehicle through its agent in a negligent and careless manner, and driving in a reckless manner, failing to pay full time and attention to driving, failing to yield to traffic traveling in the next lane, failing to remain in its travel lane, crossing into on-going traffic lane without proper look out, speeding, engaging in hit and run, and in being in violation of the laws then and there in full force and effect in the District of Columbia.

12. As a direct and proximate result of the negligence and carelessness of, and breach of duty by defendant United States of America, the plaintiff's vehicle was damaged and the plaintiff was seriously injured.

13. As a further direct and proximate result of the negligence and carelessness of the defendant United States of America, and the ensuing collision, the plaintiff's property was damaged and she sustained grievous and painful injuries to and about various parts of her body.

14. As a further and direct result of the negligence and carelessness of the defendant United States of America, the plaintiff: (1) suffered, and will continue to suffer pain, anxiety and mental anguish; (2) incurred expenses for medical care and medicines; (3) and was, for a period of time, unable to engage in her normal activities; and (4) suffered property damage.

15. Plaintiff further states that the collision was directly and proximately caused by the negligence of the defendant United States of America, without any contributory negligence on the part of the plaintiff.

WHEREFORE, the premises considered, plaintiff, Constance Taminang BIH demands judgment from the defendant United States of America in the sum of $50,000.00 for property damage, personal injury, plus court cost, interest.

Jury demand:

Plaintiff hereby demands a jury trial.

Respectfully Submitted,

Hope Umana, Esq.
Attorney Bar #: 459092
HUMANA LAW FIRM, PLLC.
8605 Cameron Street, # 216
Silver Spring, MD 20910
Phone: (301) 587-0090
Fax: (301) 587-5540
Hope@Humanalaw.com
Counsel for Plaintiff